371 A.2d 509

Commonwealth v. Mitchell, Appellant.

Argued September 13, 1976. Wayne R. Cromie, with him I. Harry Checchio, for appellant; Richard P. Myers, Assistant District Attorney, with him F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.